# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| STATE OF MISSISSIPPI, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | Consolidated |
| v. | ) ) | Nos. 19-231L / 19-258L (Filed: January 29, 2020) |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

As discussed at the January 28 hearing on the government's motion to dismiss, ECF No. 9, the parties are hereby **ORDERED** to propose a joint schedule for further proceedings in this case by February 7, 2020.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge